RECEIVED CLERK

NOV 0 6 2017

U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

In re:

JESSICA A. JONES,

                Debtor.

_____/

KAREN E. EVANGELISTA, TRUSTEE,

                Plaintiff,

vs.

UNIVERSITY OF PHOENIX, *et al.*,

                Defendants.

_____/

Case: 2:17-mc-01184
Assigned To : Parrish, Jill N.
Assign. Date : 11/6/2017
Description: Evangelista v. University of Phoenix et al

[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS AND TO SHOW CAUSE WHY TCN, INC. SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO PRODUCE DOCUMENTS

This matter is before the Court on the motion of Plaintiff Karen E. Evangelista, Trustee pursuant to Fed. R. Civ. P. 45 for entry of an order compelling non-party TCN, Inc. to produce documents responsive to subpoena duces tecum that were properly served on them on September 26, 2017, and to show cause why TCH, Inc. should not be held in contempt for their failure to produce documents.

The Court, having considered the Motion and all responses thereto, and being otherwise fully advised in the premises, and finding that good cause is shown thereby, HEREBY ORDERS as follows:

1. The Motion is GRANTED;

2. Non-party TCN, Inc. is hereby ordered to immediately conduct a thorough and complete search of all records, both physical and electronic, and any other location or source that might contain any documents, information, or other tangible things that are in any way responsive to the subpoenas duces tecum served on them on September 26, 2017, and to produce within three (3) days of the date of this Order all such responsive documents to the Trustee c/o Stephen A. Thomas, PLC, 645 Griswold Street, Suite 1360, Detroit, Michigan 48226.  At the time such documents are produced, TCN, Inc. shall also provide a thorough report detailing each and every step taken to locate all such responsive documents, and identifying whether any documents responsive to the subpoena duces tecum used to exist but no longer exist and the reason therefore, listing with specificity any such documents, and indicating whether any documents responsive to the subpoena duces tecum still exist but are no longer in the possession of TCN, Inc. and the names and contact information of all persons who might have possession of any such records and listing with specificity any such documents.

3. Within three (3) days of the date of this Order, TCN, Inc. is ordered to show cause why he should not be held in contempt for failing to produce documents, and why TCN, Inc. should not be required to reimburse the Trustee for  legal expense and costs associated with the filing of the present motion.

4. Failure to comply with any provision of this Order shall constitute grounds for an immediate finding of contempt and any and all appropriate sanctions and penalties that the Court deems appropriate at that time, including but not limited to jail time.

   IT IS SO ORDERED