IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
Case No. 2:17-mc-01184-JNP

In re:

JESSICA A. JONES,

                Debtor.
_____/

KAREN E. EVANGELISTA, TRUSTEE,

                Plaintiff,
vs.

UNIVERSITY OF PHOENIX, et al.,

                Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff KAREN E. EVANGELISTA, TRUSTEE in the above-entitled action for her Motion to Compel Compliance with Subpoena as to TCN, Inc. a Utah headquartered company.

Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

Stephen A. Thomas, Esq.
sthomas@313965bank.com
Stephen A. Thomas, PLC
645 Griswold Street
Suite 1360
Detroit, Michigan  48226

Dated: 12/1/2017                                                                 /s/ Stephen A. Thomas